**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jorge Valentine RAMON, Jr., Defendant–Appellant.**

No. 01–41095.

United States Court of Appeals, Fifth Circuit.

Feb. 3, 2003.

Tony Ray Roberts, McAllen, TX, James Lee Turner, Asst. U.S. Atty., Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Fed. Pub. Def., H. Michael Sokolow, Houston, TX, for Defendant–Appellant.

Before GARWOOD and CLEMENT, Circuit Judges, and RESTANI, Judge.*

PER CURIAM:

Before the mandate was issued in this case, appellant was released from federal custody, rendering his appeal on a sentencing issue moot. The previous opinion of this court, published at 310 F.3d 317, is

---

* Judge of the United States Court of International Trade, sitting by designation.

therefore VACATED, and the appeal is DISMISSED as moot.